1118

### Cecil RACHEL v. STATE.
#### No. 18051.

Court of Criminal Appeals of Texas.
Dec. 4, 1935.

Otto Atchley, of New Boston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for robbery with firearms; penalty assessed at confinement in the penitentiary for twenty years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### W. A. EDDINS v. STATE.
#### No. 17872.

Court of Criminal Appeals of Texas.
Jan. 22, 1936.

Jas. T. Ryan, of Centerville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Assault with intent to murder is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts and bills of exception.

No error having been perceived or pointed out, the judgment is affirmed.

### Obe HODGES v. STATE.
#### No. 17878.

Court of Criminal Appeals of Texas.
Jan. 22, 1936.

Ayres K. Ross, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

The indictment appears regular. The evidence. heard upon the trial is not before this court. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

### D. N. NICHOLS v. STATE.
#### No. 18189.

Court of Criminal Appeals of Texas.
Jan. 15, 1936.

Natt M. Crawford, of Grand Saline, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is forgery; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.